UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GHOTA TOKHI, DAOUD TOKHI, MAHMOOD TOKHI, MASOOD TOKHI, ROWBINA TOKHI, S.T., and T.T.<br><br>Plaintiffs,<br><br>vs.<br><br>The Honorable Alejandro Mayorkas, Secretary of Homeland Security,<br><br>Ur M. Jaddou, Director, U.S. Citizenship and Immigration Services,<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>JOHN (WALLY) BIRD, Chief of the USCIS's RAIO Humanitarian Branch,<br><br>Defendants. | Case No.: 3:23-cv-05215-ZNQ-RLS<br><br>ORDER TO PERMIT MICHAEL E. PISTON TO APPEAR UPON BEHALF OF THE PLAINTIFFS PRO HAC VICE |

This matter having been brought before the Court on Plaintiffs' Motion to Permit Michael E. Piston to Appear Upon Behalf of the Plaintiffs Pro Hac Vice; and the Court having reviewed the moving papers of the applicant, Michael E. Piston, out-of-state attorney, and considered this matter pursuant to Fed.R.Civ.Proc.78 and D.N.J.L.Civ.R.101.1, and good cause having been shown; it is

**ORDERED** that Michael E. Piston, be permitted to appear pro hac vice; provided that pursuant to D.N.J. L.Civ. R. 101.1(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleading may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders, and it is further

**ORDERED** that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out- of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within 21 days of the date of the entry of this Order, and it is further

**ORDERED** that the $150.00 fee required by D.N.J.L. Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District of New Jersey shall also be payable within 21 days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States Court for the District of New Jersey at the following address, for forwarding by the Clerk to the District Court:

United States District Court New Jersey – Camden<br>
Mitchell H. Cohen Building & U.S. Courthouse<br>
4th & Cooper Streets, Room 1050<br>
Camden, NJ 08101

and it is further **ORDERED** that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Procedure for the District of New Jersey.

**SO ORDERED.**

Dated: September 22, 2023

/s/ Rukhsanah L. Singh
United States Magistrate Judge

CERTIFICATE OF SERVICE

I certify that I today served the above document by mailing it to the last known addresses of the defendants and their presumed counsel as indicated below:

THE HONORABLE ALEJANDRO MAYORKAS is the Secretary of Homeland Security
2707 Martin Luther King Jr. S.E.,
Washington, D.C. 20528

UR M. JADDOU, Director, U.S. Citizenship and Immigration Services
5900 Capital Gateway Dr., Stop 2120
Camp Springs, MD 20588

United States Citizenship and Immigration Services
5900 Capital Gateway Dr., Stop 2120
Camp Springs, MD 20588

JOHN (WALLY) BIRD, Chief of the USCIS's RAIO Humanitarian Branch
5900 Capital Gateway Dr., Stop 2120
Camp Springs, MD 20588

Civil Process Clerk for the United States Attorney for the District of New Jersey
970 Broad Street 7th Floor
Newark, NJ 07102

U.S. Attorney General
950 Pennsylvania Ave, NW
Washington, DC 20530


s/ Michael E. Piston
Michael E. Piston
38-08 Union Street, Ste 9A
Flushing, NY 11354
Ph: 646-876-3772
Fax: 206-770-6350
Email:  michaelpiston4@gmail.com

Dated: August 31, 2023