PHILIP R. SELLINGER
United States Attorney
BROOKS E. DOYNE
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102
Tel: (973) 297-4390

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GHOTA TOKHI, *et al.*,<br><br>    *Plaitniffss*,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*,<br><br>    *Defendants*. | HON. ZAHID N. QURAISHI<br><br>Civil Action No. 23-5215 (ZNQ)(RLS) |

APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE OR
<u>OTHERWISE RESPOND</u>

Application is hereby made, pursuant to Local Civil Rule 6.1(b), for a 14-day extension of time for Defendants to answer, move or otherwise respond to the Complaint. It is respectfully requested that the Clerk extend the time for Defendants to answer, move or otherwise respond to the Complaint until November 20, 2023, and it is represented that:

    1. No previous extension has been obtained;

    2. It appears that Plaintiffs mailed by certified mail a Summons and the Complaint to the U.S. Attorney's Office on September 6, 2023, and that Plaintiffs filed their Complaint on August 18, 2023;

3. If it is assumed, for this Application only, that Plaintiffs had met all service obligations under the Federal Rules of Civil Procedure when a federal officer or employee is sued in his or her official capacity, *see* Fed. R. Civ. P. 4(i)(2), and that service was effected upon the U.S. Attorney's Office on September 6, 2023, the date they mailed the Summons and Complaint to the U.S. Attorney's Office, the last day for Defendants to answer, move or otherwise respond to the Complaint is Monday, November 6, 2023, *see* Fed. R. Civ. P. 12(a)(2); and

4. Defendants expressly reserves their right to contest jurisdiction and service of process.

                                  Respectfully submitted

                                  PHILIP R. SELLINGER
                                  United States Attorney

By:   *s/ Brooks E. Doyne*
       Brooks E. Doyne
Dated: September 27, 2023                 Assistant United States Attorney